**Steven Lynn LONG, Petitioner-Appellant**

v.

**Lorie DAVIS, Director, Texas Department of Criminal Justice, Correctional Institutions Division, Respondent-Appellee**

No. 16-70010

United States Court of Appeals, Fifth Circuit.

Filed December 12, 2017

Thomas Scott Smith, Sherman, TX, for Petitioner-Appellant

Matthew Dennis Ottoway, Assistant Attorney General, Office of the Attorney General, Postconviction Litigation Division, Austin, TX, for Respondent-Appellee

Before CLEMENT, ELROD, and SOUTHWICK, Circuit Judges.

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

PER CURIAM: *

This court denied Steven Long's application for a certificate of appealability in which he claimed that he is intellectually disabled and thus could not be executed. *Long v. Davis*, 663 Fed.Appx. 361 (5th Cir. 2016). The Supreme Court granted certiorari, vacated that judgment, and remanded this case to us for further consideration in light of *Moore v. Texas*, —— U.S. ——, 137 S.Ct. 1039, 197 L.Ed.2d 416 (2017). *Long v. Davis*, —— U.S. ——, 138 S.Ct. 72, 199 L.Ed.2d 2 (2017). We conclude that a review of the effect of the *Moore* decision on Long's conviction and sentence should first be addressed by the district court.

Accordingly, we VACATE the judgment of the district court and REMAND this case to the district court for further proceedings in light of *Moore*.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.